Michael L. Baum (SBN: 119511)
mbaum@baumhedlundlaw.com
R. Brent Wisner (SBN: 276023)
rbwisner@baumhedlundlaw.com
**BAUM HEDLUND ARISTEI & GOLDMAN, P.C.**
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Tel:  (310) 207-3233
Fax: (310) 820-7444

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| DEANNA CHESHIER, | Case No.: 1:14-cv-01265-MCE-SKO |
| Plaintiff, | Hon. Judge Morrison C. England, Jr. |
| v. | |
| ELI LILLY AND COMPANY, an Indiana corporation, | **ORDER GRANTING PARTIES' STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| Defendant. | |

THIS MATTER having come before the Court on the joint stipulation of parties Deanna Cheshier and Eli Lilly and Company, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is therefore ORDERED as follows:

1. The above-captioned action is voluntarily dismissed without prejudice; and

2. Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:  January 25, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

**ORDER GRANTING PARTIES' STIPULATION OF DISMISSAL WITHOUT PREJUDICE**